**Eric Roy, Esq.**
Nevada Bar No. 11869
**Lynn R. Shoen, Esq.**
Nevada Bar No. 1197
**ERIC ROY LAW FIRM**
703 South Eighth Street
Las Vegas, Nevada 89101
T: (702) 423-3333
F: (702) 924-2517
Eric@ericroylawfirm.com
Lynn@ericroylawfirm.com
*Attorney for Plaintiff*

# UNITED STATES DISCOVERY COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

*****

| | |
|---|---|
| MARY MICHELLE EUGENIO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GEICO ADVANTAGE INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO: 2-21-cv-00968 |

### PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Local Rule 26-1, the parties submit their proposed Discovery Plan and Scheduling Order. Deadlines that fall on a Saturday, Sunday or legal holiday have been scheduled for the preceding or next judicial day.

1. **Meeting**: Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f), a meeting was held on **September 15, 2021** and was attended by Lynn R. Shoen, Esq., of the Eric Roy Law Firm for Plaintiff Mary Michelle Eugenio ("Plaintiff") and Stacy Norris of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP for Defendant GEICO Advantage Insurance Company ("Defendant"), (collectively, the "Parties").

2. **Pre-Discovery Disclosures**: Pursuant to FRCP Rule 26(a)(1)(C), the Parties agree to exchange initial disclosures fourteen (14) days from the FRCP 26(f) conference.

1   Accordingly, Plaintiff and Defendant will make their pre-discovery disclosures by
2   Wednesday, September 29, 2021.

3. **Areas of Discovery**:  The Parties agree that the areas of discovery should include, but are not limited to, breach of contract, liability, causation, damages, and all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Discovery Plan**:  The Parties propose the following discovery plan:

    A. **Discovery Cut-Off Date(s)**.  The Parties agree to nine (9) months of discovery from the date of the FRCP 26(a)(1)(C) conference and thus the Parties propose that the discovery cut-off date be Wednesday, June 15, 2022.

    B. **Amending the Pleadings and Adding Parties.**  The Parties shall have until Thursday, March 17, 2022 to file any motions to amend the pleadings or add parties.  This is 90 days before the Discovery Cut-Off Date.

    C. **FRCP 26-1(b)(3).  Disclosure of Experts.**  The Parties agree that disclosure of experts shall proceed according to FRCP 26(a)(2) as follows:  The disclosure of experts and their reports shall occur on or before Monday, April 18, 2022.  The disclosure of rebuttal experts and their reports shall occur on or before Monday, May 16, 2022.  These deadlines are 60 and 30 days before the Discovery Cut-Off Date, respectively.

    D. **Dispositive Motions.**  The Parties shall have until Friday, July 15, 2022 to file dispositive motions.  This is 30 days after the Discovery Cut-Off Date, as required by LR 26-1(b)(4).

    E. **Pre-Trial Order.**  The Parties will prepare a Consolidated Pre-Trial Order on or before Monday, August 15, 2022, which is not more than 30 days after the date set for filing Dispositive Motions in this case, as required by LR 26-1(b)(5).  This deadline will be suspended if Dispositive Motions are timely filed until 30 days after the decision of the Dispositive Motions or until further order of the Court.  The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be made in the pre-trial order.

F. **Extensions or Modifications of the Discovery Plan and Scheduling Order.** LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order must be made no later than 21 days before the subject deadline. Any stipulation or motion to extend the Discovery Cut-Off period must be made no later than Wednesday, May 25, 2022, 21 days before the Discovery Cut-Off Date.

G. **Format of Discovery**. Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the Parties addressed the e-discovery issues pertaining to the format of discovery at the FRCP 26(f) conference. The Parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing of the need of such electronic data as discovery progresses.

H. **FRCP 35 Examination**. Defendant reserves the right to have Plaintiff undergo an FRCP 35 Examination performed by Defendant doctor(s), to be determined should Plaintiff assert future damages. Said independent medical examination is allowed pursuant to the Federal Rules of Civil Procedure and without waiving all objections thereto.

I. **Alternative Dispute Resolution**. The Parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration and, if applicable, early neutral evaluation.

J. **Alternative Forms of Case Disposition**. The Parties have conferred on this issue and they believe they will need at least some discovery and private settlement discussions before they can make any determination if alternative forms of case disposition are viable options for them.

**K. Electronic Evidence**. The Parties certify that they may present evidence in electronic format to jurors for the purpose of jury deliberations in compliance with the Court's electronic jury evidence display system.

Dated: September 16, 2021                          Dated: September 16, 2021

**ERIC ROY LAW FIRM**                              **McCORMICK, BARSTOW, SHEPPARD,**
                                                   **WAYTE & CARRUTH, LLP**

*/s/ Lynn R. Shoen*                                */s/ Stacy Norris*
_____                            _____
Eric Roy, Esq.                                     Jonathan W. Carlson, Esq.
Nevada Bar No. 11869                               Nevada Bar No. 10536
Lynn R. Shoen, Esq.                                Stacy Norris, Esq.
Nevada Bar No. 1197                                Nevada Bar No. 15445
703 South 8th Street                               Tayler D. Martinez, Esq.
Las Vegas, Nevada 89101                            Nevada Bar No. 14921
Attorneys for Plaintiff                            8337 W. Sunset Road, Suite 350
                                                   Las Vegas, Nevada 89113
                                                   Attorneys for Defendant

### Order

IT IS ORDERED that ECF No. 11 is DENIED without prejudice for failure to comply with LR 26-1(a). IT IS FURTHER ORDERED that the parties are to file another joint proposed discovery plan and scheduling order by 9/24/2021.

**IT IS SO ORDERED**

**DATED:** 11:24 am, September 17, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**